# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Perry Odell Nicholson,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                       3:06-cv-337-2-C

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2006 Order.

**Signed: August 24, 2006**

Frank G. Johns, Clerk
United States District Court