# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Perry Odell Nicholson,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-337-2-C

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2006 Order.

                              **Signed: August 24, 2006**

*(signature)*

Frank G. Johns, Clerk
United States District Court